CARMINE TERRANOVA v. NICHOLAS D. HEIL, CHAIRMAN
N. J. STATE PAROLE BOARD.

October 16, 1973. Petition for certification denied.